**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMIE GOODHUE**                                                            **PLAINTIFF**

v.                                         **4:07CV01149-WRW**

**JOSE S. AYALA d/b/a**                                      **DEFENDANT**
**M & G TRANSPORT, et al.**

## **ORDER**

Pending is Plaintiff's Motion for Admission pro hac vice (Doc. No. 22) in which Plaintiff requests the Court for the admission of Daniel C. Shaughnessy pro hac vice. Plaintiff's Motion is GRANTED.

IT IS SO ORDERED this 17th day of March, 2008.

                                                                    /s/ Wm. R. Wilson, Jr.
                                                  UNITED STATES DISTRICT JUDGE