```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

JAMIE GOODHUE                                              PLAINTIFF

v.                    NO. 4:07-CV-01149-RSW

JOSE S. AYALA d/b/a M&G TRANSPORT, et al.,
and JOHN DOE TRANSPORTATION COMPANY,                      DEFENDANTS

                             ORDER

Upon Plaintiff's Motion for Voluntary Dismissal of the remaining, separate defendants Jose S. Ayala d/b/a M&G Transport and John Doe Transportation Company (doc. #42), and the Court having considered the same,

IT IS HEREBY ORDERED that the remaining defendants, Jose S. Ayala d/b/a M&G Transport and John Doe Transportation Company, are hereby dismissed without prejudice pursuant to Rule 41a of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to remove the case from the Court's docket upon voluntary dismissal of the entire case without prejudice.

SO ORDERED this 20th day of November, 2008.

                                    /s/ Rodney S. Webb
                                    RODNEY S. WEBB, District Judge
                                    United States District Court